FILED

JUL 2 6 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | CASE NO. 2:09-sw-204 KJM |
| ) | |
| 5979 Devecchi Avenue, Apt. 158 ) | |
| Citrus Heights, CA ) | |
| ) | ORDER RE: REQUEST TO UNSEAL |
| ) | SEARCH WARRANTS |
| ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that all search warrant-related documents in the above-captioned proceeding be unsealed.

Date: July 26, 2011

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

1